# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50171
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 9, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

STEPHEN BERNARD ESCALADA,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:21-CR-305-1

---

Before STEWART, DUNCAN, and WILSON, *Circuit Judges*.

PER CURIAM: *

Counsel appointed to represent Stephen Bernard Escalada on appeal has filed a motion to withdraw and a brief that relies on *Anders v. California*, 386 U.S. 738 (1967). Escalada has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-50171

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.